FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2013 JUL 15 P 2 10
CLERK
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

RAFAEL DE JESUS ALVARE GOMEZ,

    Petitioner,

v.

    CIVIL ACTION NO.: CV513-065

T. JOHNS, Warden and THE UNITED STATES OF AMERICA,

    Respondents.

## ORDER

    Petitioner Rafael De Jesus Alvare Gomez, an inmate at D. Ray James Correctional Facility in Folkston, Georgia, filed an action ostensibly pursuant to 28 U.S.C. § 2241, seeking to proceed *in forma pauperis*. Upon review, it appears that Gomez's claims are more properly considered to allege a civil rights violation. Gomez is not contesting the computation of his earned time or the execution of his sentence pursuant to 28 U.S.C. § 2241, but rather he is challenging the conditions of his confinement while incarcerated at D. Ray James Correctional Facility. Such a suit must be brought pursuant to 28 U.S.C. § 1331 and <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). The filing fee for such an action is $350.00. Within fourteen (14) days of the date of this Order, Gomez shall advise the Court if he desires to proceed with these claims pursuant to 28 U.S.C. § 1331 and <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). If Gomez does not timely respond to this Order, this action will be dismissed without prejudice.

AO 72A
(Rev. 8/82)

Gomez is cautioned that while this action is pending, he **shall** immediately inform this Court in writing of any change of address. Failure to do so will result in dismissal of this case, without prejudice.

**SO ORDERED**, this 15th day of July, 2013.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE